ORIGINAL

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**
APR 10 2000
NANCY DOHERTY, CLERK
By _____
Deputy

| | |
|---|---|
| **CECIL FUQUA, INDIVIDUALLY AND AS EXECUTOR OF THE ESTATE OF WYVONNE FUQUA, DECEASED, AND SUZANNE FUQUA FORD AND FRANK BARTON FUQUA,** § § § § § § | |
| Plaintiffs, § | |
| § | |
| VS. § | CIVIL ACTION NO. 4-98CV1087 Y |
| § | |
| **HORIZON/CMS HEALTHCARE CORPORATION, f/k/a HORIZON HEALTHCARE CORPORATION AND HEALTHSOUTH CORPORATION,** § § § § § | |
| Defendants. § | |

## PARTIALLY AGREED ORDER TO DISMISS WITH PREJUDICE

Came on to be considered this day, **Cecil Fuqua, Individually and as Executor of the Estate of Wyvonne Fuqua, Deceased, and Suzanne Fuqua Ford and Frank Barton Fuqua,** Plaintiffs' Motion to Dismiss With Prejudice against **Defendant HealthSouth Corporation** in the above-entitled cause as a result of the parties entering into a Compromise Settlement Agreement Including Guaranty Agreement. The Court, after having reviewed the pleadings in this cause, is of the opinion that the Motion to Dismiss with Prejudice should be **GRANTED.**

ENTERED ON DOCKET
APR 10 2000
U.S. DISTRICT CLERK'S OFFICE

AGREED ORDER TO DISMISS WITH PREJUDICE - PAGE 1



**IT IS THEREFORE ORDERED** that Plaintiffs' case against Defendant HealthSouth Corporation only is dismissed with prejudice as to refiling of same and all costs are taxed against the party incurring same.

SIGNED this 10th day of April, 2000.

_____
UNITED STATES DISTRICT JUDGE
TERRY R. MEANS