ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| CECIL FUQUA, as Executor of the Estate of Wyvonne Fuqua, Deceased | § § § § | |
| VS. | § § | ACTION NO. 4:98-CV-1087-Y |
| HORIZON/CMS HEALTHCARE CORPORATION, f/k/a Horizon Healthcare Corporation | § § § | |

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUL 23 2001
CLERK, U.S. DISTRICT COURT
By _____
Deputy

## FINAL JUDGMENT

In accordance with the order issued this same day and Federal Rule of Civil Procedure 58,

It is hereby ORDERED, ADJUDGED, and DECREED that all claims in this cause are hereby DISMISSED WITH PREJUDICE to their refiling. All costs of Court under 28 U.S.C. § 1920 shall be borne, as agreed by the parties, by the party incurring same.

SIGNED July __23__, 2001.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

FINAL JUDGMENT - Page Solo
chr - 98CV1087\finaljdg2



